**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CUSHION TECHNOLOGIES, LLC,<br> A Texas Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>ADIDAS SALOMON NORTH AMERICA, INC.,<br>et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No:  2-06CV-347<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On this day, the Court considered the Unopposed Motion for Extension of Time for Defendants, New Balance Athletic Shoe, Inc., Adidas Salomon North America, Inc., Adidas America, Inc., Adidas Promotional Retail Operations, Inc., Reebok International, LTD., The Rockport Company, LLC, and Plaintiff, Cushion Technologies, LLC, to Designate Rebuttal Expert Witnesses and Produce Reports. The Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Unopposed Motion for Extension of Time to Designate Rebuttal Expert Witnesses and Produce Reports is GRANTED.

IT IS FURTHER ORDERED that the deadline for Defendants, New Balance Athletic Shoe, Inc., Adidas Salomon North America, Inc., Adidas America, Inc., Adidas Promotional Retail Operations, Inc., Reebok International, LTD., The Rockport Company, LLC, and Plaintiff, Cushion Technologies, LLC, to Designate Rebuttal Expert Witnesses and Produce Reports is extended to April 23, 2008.

SIGNED this 17th day of April, 2008.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE