IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CUSHION TECHNOLOGIES, LLC,<br>    A Texas Limited Liability Company<br><br>            Plaintiff,<br>    v.<br><br>ADIDAS SALOMON NORTH AMERICA, INC.,<br>    et al.,<br><br>            Defendants. | Civil Action No. 2:06cv347 (TJW) |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Cushion Technologies, L.L.C., and defendants, adidas North America, Inc., adidas America, Inc., adidas Promotional Retail Operations, Inc., Reebok International Ltd., and The Rockport Company, LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Cushion Technologies, LLC, and defendants adidas North America, Inc., adidas America, Inc., adidas Promotional Retail Operations, Inc., Reebok International Ltd., and The Rockport Company, LLC, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENT LICENSE AND SETTLEMENT AGREEMENT**" and dated May 13, 2008.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 20th day of May, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE